UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHIRLEY MILTON,

    Plaintiff,

v.                                            CASE NO.

ZWICKER & ASSOCIATES, P.C.,

    Defendant.
_____/

## PLAINTIFF'S COMPLAINT

COMES NOW Plaintiff, SHIRLEY MILTON ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for her Complaint against Defendant, ZWICKER & ASSOCIATES, P.C. ("Defendant"), alleges and affirmatively states as follows:

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, Florida Consumer Collection Practices Act ("FCCPA"), Fla. Stat. § 559.55 *et seq.*

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367, and 15 U.S.C. § 1692k(d).

3. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) as the conduct giving rise to this action occurred in this district as Plaintiff resides in this district and Defendant transacts business in this district.

## PARTIES

4. Plaintiff is a natural person at all times relevant residing in Palmetto, Florida,

Manatee County.

5. Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1692a(3) and Fla. Stat. § 559.55(2) and owes or allegedly owes a debt as that term is defined by 15 U.S.C. § 1692a(5) and Fla. Stat. § 559.55(1).

6. Defendant is a business entity with an office located at 80 Minuteman Rd., Andover, MA 01810 and a registered agent at CT Corporation System 1200 South Pine Island Rd. Plantation, FL 33324

7. Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6) and Fla. Stat. § 559.55(6) hat used instrumentalities of interstate commerce or the mails to collect a debt from Plaintiff that owed or allegedly owed or due to another.

8. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

9. Defendant acquired an account to collect funds from Plaintiff which were owed or due or allegedly owed and due ("debt") to a creditor.

10. The alleged debt arises from transactions for personal, family, and household purposes as that is the only types of debts that Plaintiff owes or allegedly owes.

11. Defendant called Plaintiff at (941) 526-75xx to attempt to collect the alleged debt.

12. In or around February 2014, Plaintiff informed one of Defendant's employees to stop calling her.

13. Defendant continued to place collection calls to Plaintiff.

14. Since March 5, 2014, Defendant used an auto dialer to call Plaintiff's cell phone at least seventy-nine (79) times.

2

15. Defendant intended to harass Plaintiff with its continued collection calls in order to collect funds from Defendant for the alleged debt.

16. Plaintiff felt harassed and annoyed as a direct and natural result of Defendant's repeated collection calls to her cell phone.

## COUNT I
## FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a) Defendant violated § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff;

   b) Defendant violated § 1692d(5) of the FDCPA by causing Plaintiff's cell phone to ring repeatedly or continuously with intent to annoy, abuse, or harass Plaintiff; and

WHEREFORE, Plaintiff respectfully requests judgment be entered against Defendant for the following:

18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

20. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## FLORIDA CONSUMER COLLECTION PRACTICES ACT

21. Plaintiff re-alleges and incorporates the foregoing paragraphs herein.

22. Defendant violated the FCCPA based on the following:

   a) Defendant violated § 559.72(7) of the FCCPA by engaging in conduct

which can reasonably be expected to abuse or harass Plaintiff.

WHEREFORE, Plaintiff respectfully requests judgment be entered against Defendant for the following:

23. Statutory damages pursuant to the Florida Consumer Collection Practices Act, Fla. Stat. § 559.77(2),

24. Costs and reasonable attorneys' fees pursuant to the Florida Consumer Collection Practices Act, Fla. Stat. § 559.77(2),

25. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: _____
Shireen Hormozdi (FBN: 0882461)
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Phone: (323) 988-2400 x 267
Fax: (866) 861-1390
shormozdi@consumerlawcenter.com
Attorney for Plaintiff